```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LIDIA VICENTE HIDALGO,

                Plaintiff,

       - against -

TACO INN CORP., et al.,

                Defendant.
-------------------------------------------------------------X

21-CV-6525 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    According to ECF 12, the parties have reached agreement on all issues. As the parties have consented to my jurisdiction going forward (ECF 14), by **December 22, 2021**, the parties shall file the settlement agreement and *Cheeks* fairness letter for the Court's consideration.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: December 1, 2021
       New York, New York

Copies transmitted this date to all counsel of record.