```
                                                 ┌─────────────────────────────┐
                                                 │ USDC SDNY                   │
                                                 │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                     │ ELECTRONICALLY  FILED       │
SOUTHERN DISTRICT OF NEW YORK                    │ DOC #:_____       │
------------------------------------------------X│ DATE FILED:____12/20/2021   │
                                                 └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
LIDIA VICENTE HIDALGO,                              :
                                                    :          21-CV-6525 (RWL)
                              Plaintiff,             :
                                                    :
              - against -                           :          **ORDER ON SETTLEMENT**
                                                    :
TACO INN CORP., et al.,                             :
                                                    :
                              Defendant.            :
                                                    :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Before the Court is the Parties' joint request that the Court approve their settlement

agreement in this case (the "Settlement Agreement"), a fully executed copy of which was

submitted on December 17, 2021. (Dkt. 19.)  This case is an action for money damages

under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* ("FLSA") and the

New York Labor Law.  A federal court is obligated to determine whether settlement of an

FLSA case under the court's consideration is fair and reasonable and the subject of an

arms-length negotiation, not an employer's overreaching.  *See Cheeks v. Freeport*

*Pancake House*, 796 F.3d 199 (2d Cir. 2015).

The Court has carefully reviewed the Settlement Agreement as well as the Parties'

letter addressing whether the Settlement Agreement is fair and reasonable.  Among other

attributes, the release is limited to wage and hour claims and there is no confidentiality

restriction, and the attorney's fee is reasonable.  The Court also has taken into account,

without limitation, all prior proceedings in this action; the attendant risks, burdens, and

costs associated with continuing the action; the range of possible recovery; whether the

Settlement Agreement is the product of arm's length bargaining between experienced counsel or parties; and the possibility of fraud or collusion.

Considering all the circumstances, the Court finds that the Settlement Agreement is fair and reasonable and hereby is approved.  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 20, 2021
        New York, New York

Copies transmitted to all counsel of record.